UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

LUDWIG BROWN                                                              PETITIONER

V.                                              CIVIL ACTION NO. 3:17-CV-67-DPJ-FKB

WARDEN L. SHULTS                                                          RESPONDENT

ORDER

This habeas petition under 28 U.S.C. § 2241 is before the Court on the Report and Recommendation [15] entered by United States Magistrate Judge F. Keith Ball. Petitioner Ludwig Brown challenges a prison disciplinary proceeding in which he was found guilty and penalized with a loss of 27 days of good-time credit. Reasoning that Brown received sufficient notice of the charge against him and that the Disciplinary Hearing Officer's decision was supported by some evidence, Judge Ball recommended that habeas relief be denied. Brown failed to file objections to the Report and Recommendation, and the time to do so has now expired.

Because the Court agrees with its conclusions, the Court adopts the unopposed Report and Recommendation [15] as the opinion of the Court. Petitioner Ludwig Brown's habeas petition is denied. A separate judgment will be entered in accordance with Federal Rule of Civil Procedure 58.

**SO ORDERED AND ADJUDGED** this the 20th day of May, 2019.

s/ *Daniel P. Jordan III*
CHIEF UNITED STATES DISTRICT JUDGE